UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

Eastern District of Kentucky
FILED
OCT 1 6 2025
AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.                                                                 INDICTMENT NO. _____

BRIAN PHILLIP EPPERSON

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

## COUNT 1
## 21 U.S.C. § 841(a)(1)

On or about May 30-31, 2025, in Powell County, in the Eastern District of Kentucky,

**BRIAN PHILLIP EPPERSON**

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, the use of which resulted in the overdose death of K.M., all in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

## COUNT 2
## 21 U.S.C. § 841(a)(1)

On or about June 26-27, 2025, in Clark County, in the Eastern District of Kentucky,

**BRIAN PHILLIP EPPERSON**

did knowingly and intentionally distribute a mixture or substance containing a detectable

amount of methamphetamine, a Schedule II controlled substance, the use of which resulted in the overdose death of R.D., all in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

**A TRUE BILL**

███████████████

_____
PAUL C. McCAFFREY
ACTING UNITED STATES ATTORNEY

## PENALTIES

### COUNTS 1 & 2:
Not less than 20 years imprisonment nor more than life imprisonment, not more than a $1,000,000 fine, and not less than 3 years supervised release

### If prior drug felony conviction:
Life imprisonment, not more than a $2,000,000 fine and not less than 6 years supervised release.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Restitution, if applicable.